QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff*,<br><br>v.<br><br>GILBERT TORRES and ARMANDO GARZA,<br><br>             *Defendants.* | No. 1:05-cr-0059 AWI<br><br>*\*AMENDED*<br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; SET MOTION BRIEFING SCHEDULE AND HEARING; AND ORDER THEREON<br><br>Date: *\*October 31, 2005*<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, set for August 29, 2005 at 9:00 a.m., may be continued to ***October 31**, 2005 at 9:00 a.m.*

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective attorney of record herein, that a motion briefing schedule and hearing may be set as follows: Motions are due on or before **October 3, 2005**; Any response to motions is due on or before **October 17, 2005**; any reply is to be filed on or before **October 24  2005**;  and the hearing on said motions to be set for ***October 31**, 2005 at 9:00 a.m.*

The reason for this request is that time is needed to review additional records in this matter, and to file potential motions related to the contents of these records.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

1  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

2  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: August 25, 2005                    By /s/ David L. Gappa
                                              DAVID L. GAPPA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 25, 2005                    By /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Gilbert Torres

SAWL & NETZER

DATED:  August 25, 2005                   By /s/ Eric H. Schweitzer
                                              Eric H. Schweitzer
                                              Attorney for Defendant
                                              Armando Garza

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 25, 2005**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE