```
1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GILBERT TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:05-cr-0059 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE HEARING AND ORDER |
| v. | ) THEREON |
|  | ) |
| GILBERT TORRES and ARMANDO GARZA, | ) Date:  March 27, 2006 |
|  | ) Time:  9:00 a.m. |
|  | ) Judge: Honorable Anthony W. Ishii |
| Defendants. | ) |
|  | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Gilbert Torres, and ERIC H. SCHWEITZER, counsel for Defendant Armando Torres that the date for status conference in this matter may be continued to March 27, 2006. **The date currently set for status conference is March 6, 2006. The requested new date is March 27, 2006.**

The reason for the requested continuance is to allow additional time for defense investigation and plea negotiations in an effort to reach a negotiated settlement of this matter.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///

///

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: March 2, 2006                   By  /s/ David L. Gappa
                                              DAVID L. GAPPA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Acting Federal Public Defender

DATED: March 2, 2006                   By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                                Gilbert Torres


                                              SAWL & NETZER


DATED:  March 2, 2006                  By /s/ Eric H. Schweitzer
                                              ERIC H. SCHWEITZER
                                              Attorney for Defendant
                                              Armando Garza

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:   March 3, 2006**                      /s/ Anthony W. Ishii
0m8i78                                                     UNITED STATES DISTRICT JUDGE